# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **GILBERTO PALOS-GARCIA,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WARDEN OF CAMP EAST** | § | |
| **MONTANA, BRET BRADFORD,** | § | |
| **FIELD OFFICE DIRECTOR;** | § | **No. 3:26-CV-02003-LS** |
| **MARKWAYNE MULLIN, U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; TODD LYONS, ACTING** | § | |
| **ICE DIRECTOR; TODD BLANCHE,** | § | |
| **ACTING ATTORNEY GENERAL;** | § | |
| **AND DEPARTMENT OF HOMELAND** | § | |
| **SECURITY,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Respondents advised the Court that Petitioner has been removed.[1] Petitioner sought a writ of habeas corpus ordering his release from custody during removal proceedings.[2] The Court therefore denies the petition as moot and dismisses this case without prejudice.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 12, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 3.

[2] ECF No. 1 at 10.

[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").